# United States Court of Appeals
## For the First Circuit

No. 22-1200

ROBERT B. MINTURN,

Plaintiff, Appellee,

v.

BRUCE H. MONRAD, individually and as special personal
representative of the estate of Ernest E. Monrad, PETER J.
BLAMPIED, GEORGE P. BEAL, and CHARLES R. DAUGHERTY,

Defendants, Appellants,

NORTHEAST INVESTORS TRUST,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on March 30, 2023 is corrected as follows:

On page 22, line 13 replace "reign" with "rein".